UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BUREAU OF DANGEROUS GOODS, LTD.,

Plaintiff,

-vs-  Case No. 6:11-cv-774-Orl-18DAB

HAZMAT SOFTWARE, LLC,
LUIS ZAMBRANA,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment (Doc. 20). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's motion is **DENIED**.

It is **SO ORDERED** in Orlando, Florida, this _20_ day of September, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record