# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BUREAU OF DANGEROUS GOODS,
LTD.,

        **Plaintiff,**

V.                                                 Case No: 6:11-cv-774-Orl-18DAB

HAZMAT SOFTWARE, LLC and LUIS
ZAMBRANA,

        **Defendants.**

___

## ORDER

This cause comes before the Court on the Motion for Summary Judgment (Doc. No. 31) filed by the defendant on January 30, 2012.

On March 30, 2012, the United States Magistrate Judge issued a report recommending that the motion be granted in part, as set forth herein (Doc. No. 36). No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. That the Motion for Summary Judgment be **GRANTED** in Defendants' favor on all claims in the Complaint; **GRANTED** in Defendants' favor to the extent the Counterclaim seeks a declaration that Defendants have not infringed the mark, and **DENIED** to the extend Defendants seek a declaration that Plaintiff's mark is invalid; and **DENIED** to the extent Defendants seek an award of attorney's fees..

3. The clerk is directed to enter Judgment for the Defendants and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___16___ day of April, 2012.

```
                                    _____
                                           G. KENDALL SHARP
                                    SENIOR UNITED STATES DISTRICT JUDGE
```

Copies to:

Counsel of Record
Unrepresented Parties